IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-373 |
| PETER ANDREW STINSON, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Blake, being duly sworn, depose and state:

1.      I am a Task Force Officer assigned to the Federal Bureau of Investigation, Joint Terrorism Task Force since 2021 and a sworn law enforcement officer of the United States Park Police since 2010.  I am a U.S. Park Police Detective Sergeant assigned to the Intelligence and Counter-Terrorism Branch, Homeland Security Division, Washington D.C. Field Office.  In preparation for this assignment, and as part of my continued education, I have successfully completed law enforcement and national security focused training, including formal courses and training exercises. I have participated in many aspects of federal investigations including, but not limited to, subject and witness interviews, analysis of telephone and financial records, and preparing and executing physical search warrants, digital search warrants, and arrest warrants.

2.      As a federal agent, I am authorized to investigate violations of the laws of the United States. As a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for PETER ANDREW STINSON ("STINSON"). Based on my training and experience and the facts as set forth in this affidavit, I submit there is probable cause to believe that STINSON has committed and continues to commit violations of 18 U.S.C. § 871 (Threats against the President).

<u>**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**</u>

**A. STINSON, A former United States Coast Guard Officer, Is Trained in Using Firearms and A Self-Proclaimed Member of ANTIFA.**

4.      STINSON currently living in Oakton, Virginia, within the Eastern District of Virginia.

5.      Department of Defense databases reveal STINSON was an officer in the United States Coast Guard from 1988 to 2021. During that time, STINSON achieved the rank of Lieutenant, received firearms training, was awarded sharpshooter ribbons for pistol qualification in 1988 and for rifle qualification in 1989. He also received extensive training in operations planning and was an instructor for the Federal Emergency Management Agency's ("FEMA") Incident Command Systems ("ICS"), a series of courses taught to first responders and government personnel to prepare for and respond to disasters and emergencies. He received a master's degree in National Security and Strategic Studies from the United States Naval War College.

6.      STINSON has self-identified as a member of ANTIFA, including in his profile descriptions for his Bluesky account @cgblue ("BLUESKY ACCOUNT 1") and X account @bluecheckpeter ("X ACCOUNT 1"), and in multiple postings on these accounts. On BLUESKY ACCOUNT 1, his profile reads "Virginia Antifa." On X ACCOUNT 1, his profile reads "#antifa." Additionally, on February 1, 2025, STINSON posted on BLUESKY ACCOUNT 1, "Everyone has a story. Everyone is dealing with some shit. I don't give a shit about fascists. To everyone else,

2

stick together.  We are antifa.  Together we can kill the fascism."  On February 2, 2025, STINSON posted on the same account: "Sure. This is war. Sides will be drawn.  Antifa always wins in the end.  Violence is inherently necessary."

7.      Based on my training and experience, I understand "ANTIFA" is an acronym for anti-fascist and refers to individuals who oppose fascism. It is more of an ideological concept than a single organization or group, but likeminded individuals may collectively act together or form an anti-fascist group. Such groups have been known to engage in coordinated tactics (black-bloc) to impede law enforcement and to use violence to further their cause.

8.      STINSON purports to own firearms. On March 4, 2025, STINSON posted on BLUESKY ACCOUNT 1, "Target practice tonight.  I set some [orange emoticon[1]] on the railing.  Let's shoot some oranges!  Plink. Plunk.  Boom.  Bop."

**B.  STINSON Operates BLUESKY ACCOUNT 1 and X ACCOUNTS.**

9.      Your affiant has confirmed X ACCOUNT 1 and X account @peter_partisan ("X ACCOUNT 2"), together the "X ACCOUNTS" belong to STINSON, based on subscriber information details provided through legal process returns by X Corp. and T-Mobile.[2] According to records provided by X Corp., X ACCOUNT 1 was created on December 31, 2016,

---

[1] In postings across his various accounts, STINSON has consistently used a group of code names to refer to President Trump including: "the orange", "orange mf", "orange thug", "Krasnov", "tfg", "one ear", or an orange emoticon.  These code names are directly explained by STINSON, or implied through context, to be references to President Donald Trump.

[2] The email accounts used to register the X ACCOUNTS are: peterpartisan@peterstinson.us and pastinson@peterstinson.com. The website www.peterstinson.us is not currently hosted, but a check on archive.org reveals screenshots from 2021-2023 containing a copyright to "Peter A. Stinson." Additionally, www.peterstinson.com is not currently hosted, but a check on archive.org found screenshots from 2007-2023, containing a citation for "Peter A. Stinson, resident of Portsmouth, VA" with a link to Google.com/profile/pastinson, along with a photo of a bald white male with goatee matching the likeness of STINSON's DMV photo.

3

and X ACCOUNT 2 was created on January 1, 2020. The X ACCOUNTS were both registered using phone number xxx-xxx-7651 ("PHONE NUMBER 1"). Account subscriber information provided by T-Mobile attributed PHONE NUMBER 1 to "PETER A STINSON", STINSON's known home address, and STINSON's known date of birth. Additionally, identifying information in posts made on the X ACCOUNTS are consistent with STINSON's identifiers and his affiliations to the United States Coast Guard, and have profile pictures that match the likeness of STINSON's DMV photo.

10.    Your affiant has also confirmed that BLUESKY ACCOUNT 1 belongs to STINSON. BLUESKY ACCOUNT 1 was created on February 9, 2024, and was registered using the Display name "Peter," and the email address pastinson@gmail.com ("EMAIL ACCOUNT 1") which has been verified by Google returns as belonging to STINSON and created using STINSON's known social security number. Additionally, the IP address used to access BLUESKY ACCOUNT 1, 96.241.220.168, resolves to Verizon FIOS- 22001 Loudoun County Pkwy, Ashburn, VA 20147. That address is a Verizon regional hub, which provides service to an area that includes Oakton, VA, where STINSON lives.  A check on Verizon's website showed STINSON's home address is using Verizon FIOS services.  Further, the account's biographical information is consistent with STINSON's identity and the information and posts on STINSON's X profiles. It reads: "Permit Holder/ Father of 5/ Coast Guard vet/ Writer & counselor by education/ Generation Jones/ Virginia Antifa/ linktr.ee/maydayprotest/."[3]  Additional identifying information in posts includes multiple posts with photos of STINSON, including a photo of him

---

[3] Your affiant believes the phrases "Permit Holder" and "maydayprotest" are references to the currently ongoing Mayday Movement Protest in Washington, DC, which STINSON organized, obtained a permit for, and is currently a leader of. The mission statement of the protest, according to its website, is "to achieve the impeachment, conviction, and removal of President Donald J. Trump."

in a United States Coast Guard uniform with the name tag "STINSON", and a link to a Youtube

Video entitled "THE MAYDAY MOVEMENT- Peter Stinson interview" in which STINSON is

interviewed and introduces himself by name.

### C. STINSON Began Calling for the Assassination of President Trump in 2020 on X.

11.      On February 8, 2020, STINSON posted a photo on X ACCOUNT 1, that

appeared to be a screenshot of a Snapchat post. The photo was of an animated figure with the

likeness of STINSON and text across the image stating:

> "I have been voting for 40 years. Never have I felt compelled to put a political
> bumper sticker on my car. Until now.  #VoteBlueNoMatterWho2020  What has
> sent me here?  The treatment of LT Col Vindmans[4] pushed me over the edge. The
> last straw.  The orange must go. At any cost."

12.      On April 1, 2020, in response to a post that read, "You see Trump drowning, what

are you throwing him?" STINSON posted on X ACCOUNT 2: "This morning I feel like I would

hit him in the head with an oar" and "He wants us dead.  I can say the same thing about him."

13.      On April 4, 2020, in response to a post by another user reading, "A visibly angry

President Trump at the WH just now on the whistleblower: 'Somebody oughtta sue his ass off',"

STINSON replied on X ACCOUNT 2 with the following posts:

- "somebody ought to do more than sue the orange mf's ass."

- "It involves a rifle and a scope, but I can't talk about it here"

---

[4] Your affiant believes this post to refer to United States Army Lieutenant Colonel Alexander Semyon
Vindman, who was re-assigned from his post on the White House National Security Council and escorted
off White House grounds on February 7, 2020, after previously testifying to Congress regarding his
concerns about President Trump's phone call to Ukraine which later led to calls for President Trump's
impeachment.

- "I'd be willing to pitch in $100 for a contract.  Who wants to join me?  We could solve the solvable part of this problem in a crack.  Then, we can focus on the coronavirus itself."

14.    On April 5, 2020, in response to a post by another user that read, "We've been focused on resisting Trump and supporting investigations into his crimes and disloyalty, but the only way to stop Trump is to vote him out in numbers he can't overcome by cheating. Get involved and get out the vote.  Everything is riding on the 2020 election," STINSON posted on X ACCOUNT 2: "Actually, there is another way out of this mess.  But it would be messy. And illegal. It might be what we have to do, however."

15.    On, April 6, 2020, in response to a post that read, "Trump says the democrats 'shouldn't be allowed to win' the election because of how good a job he's done.  He says they were 'artificially stopped' by the virus," STINSON posted on X ACCOUNT 2: "What a fucking moron.  Would someone just pull the proverbial trigger, please" and followed with an additional post the same day, reading:

> "I would do it.  I would take the fall to save America.  Too bad I don't have the operational skills to pull it off.  I am willing to serve in a support capacity for someone else with the skills to take care of things."

16.    On April 15, 2020, in response to a post by another user reading, "No President in history has ever used the Constitutional power to adjourn Congress," STINSON responded on X ACCOUNT 2: "There must be somebody who can take care of this. Just end this chapter.  And we'll start fresh. Just. Do. It. Please. I'll drive."

17.    On July 6, 2020, in response to a post by another user reading, "Analysis: Trump will accept a 'steady' few hundred coronavirus deaths a day as the cost of his re-election,"

STINSON posted on X ACCOUNT 1: "I can't shoot, but I can drive.  Let's just take care of things."

18.     On July 7, 2020, STINSON replied to a post reading: "The President's official withdrawal of the U.S. from the World Health Organization is an act of true senselessness as @WHO coordinates the global fight against COVID-19. With millions of lives at risk, the President is crippling the international effort to defeat the virus." Using X ACCOUNT 1, STINSON replied: "I know a way. My skills aren't up to the task but I can drive."

19.     On August 6, 2020, in response to a post by another user reading, "Why are Trump users unable to recognize that he is a wolf in sheep's clothing, namely a megalomaniac, a liar, a grifter, a failure, devoid of lucidity, unintelligible, corrupt and totally uninterested in the wellbeing of Americans?" STINSON replied at 4:37 P.M., "They want to be like him." At 4:43 P.M. in a separate post, STINSON posted, "Yes, I would pull the trigger.  Would you?"

20.     On August 26, 2020, at 7:15 A.M., STINSON posted on X ACCOUNT 1: "Only racists and fascists will cast their vote for the orange mf." At 8:17 A.M. in a separate post, STINSON posted, "I would pull the trigger."

21.     On October 6, 2020, in response to a post from X account @realDonaldTrump containing a public address video by President Trump regarding the coronavirus, STINSON replied at 9:06 A.M. on X ACCOUNT 1, "#IdiotInChief."  In response to a post by another user that is not viewable, STINSON posted at 9:54 A.M.: "There would be no patriotic funeral. We'd make sure of that." In a separate post starting at 9:54 A.M., STINSON posted the following series of messages and replies to other posts, which are not publicly viewable:

- "I'd pull the trigger.  But I'm not a good enough shot."

- "I'll drive."

- "I'm willing to drive."

- "He needs to be punched to a different reality."

22.      On December 3, 2020, STINSON posted on X ACCOUNT 1: "Let's end this national nightmare now.  I'll drive."

23.      On January 3, 2021, STINSON posted on X ACCOUNT 1: "Let's just shoot the orange and put him out of his misery."

24.      On November 19, 2022, in response to a post reading, "Would you accept an all-expenses paid trip to Mar-a-Lago?" STINSON posted on X ACCOUNT 1: "Only if I could do, with impunity, what we all wish someone would do, but we don't want to talk about it."

**D.  STINSON Uses Bluesky to Threaten to "Pull the Trigger" and "Twist the Knife" on President Trump.**

25.       On October 27, 2022, Elon Musk became the owner of Twitter and began instituting changes, including renaming Twitter to X, which resulted in many users leaving the platform.  Many former Twitter/ X users joined Bluesky Social, a spinoff platform started under Twitter's former CEO. Bluesky opened public registration of accounts in February 2024.

26.      After Musk took over Twitter, STINSON made several posts critical of Musk's changes and political stances on X.  STINSON's last post on X ACCOUNT 1 was on November 28, 2022.  STINSON's first post on Bluesky was in February 2024 on BLUESKY ACCOUNT 1. The following posts were all made by STINSON on BLUESKY ACCOUNT 1.

27.      On March 30, 2024, STINSON posted: "I'd take the shot. But I'm a lousy shot. And it would be a waste."

28.     On April 4, 2024, STINSON posted: "Does it make me a bad person to want tfg dead? Would I be a bad person if I pulled the trigger?"

29.     On May 6, 2024, in reply to a post by another user that has been deleted, STINSON posted a photo holding up two books, "Terrorism A Very Short Introduction" by Charles Townsend and "Fascism A Very Short Introduction" by Kevin Passmore, with the caption, "Starting my indoctrination."

30.     On July 1, 2024, in reply to a post by another user reading, "Well at least we get to watch Democrats continue to operate under the rules that no longer exist until November, that'll be a nice note to go out on," STINSON made the following replies:

- "Why should they? Biden should act on the decision and end the greatest threat to the American Experiment since the confederate states seceded so that white men could own black people.  Ready the strike package."

- "The Executive Branch has all the guns.  Biden's not powerless. But he will refrain from using that power.  Something tfg will not do."

- "I'd put the uniform back on to execute President Biden's orders."

- "But, as I've said before, I'm not a good enough shot.  But I can plan the hell out of the mission.  Heading to the closet now to see if I can find a complete uniform."

31.     On July 13, 2024, during a campaign rally in Butler, PA, at 6:11 P.M., an individual attempted to assassinate President Trump by gunshot.  The video of the attempt was immediately distributed by mainstream media sources.  On that date, beginning at 7:13 P.M., STINSON posted a series of messages on Bluesky.  Based on the timing and substance of these posts, as well as my knowledge and understanding of STINSON's social media activity, I believe the following posts were referencing the Butler assassination attempt. The posts read as follows:

- "Those secret service agents moved very slowly. They left him in the open way to long. A missed opportunity will not come around again. They will teach this to future agents as a failure to protect and act."

- "What asshole thought he was good enough to complete the mission and then so really fuck up? Shit takes skills. Practice. Etc. Most of us are not capable. As noted before, I'm not a good enough shot. Very few people are. Somebody needs to learn this lesson."

- "You want to play in the big leagues, you need the talent. Luck is not a plan."

- "Execution is critical."

32.     On the same date, in response to a post by another user that read, "The county DA just issued a statement that the shooter is dead," STINSON replied: "Three inches to the right, and the shot woulda gone through the eyeball. Practice. Practice. Practice. And to die in the process. If you're going to do something big, get it right [winking emoticon]."

33.     On July 14, 2024, STINSON posted: "Will the republicans now seek to ban AR style weapons. And, btw, the AR is best for near to medium distances and shooting multiple shit quickly. For long distances, a specialized sniper rifle is a better tool choice."

34.     On July 15, 2024, in response to a post that read, "Senator Marco Rubio said after the shooting that GOD saved Trump…", STINSON replied with a photo of text reading : "Just three inches and today would be a different day" followed by:

> "Lessons, Number one, always choose the right tool. Sure, everyone is enamored with tiny little brushes, but if you are painting the broad side of a barn, use a broad brush. Number two, be very excellent at what you do before suiting up for the big game. Skills are second only to the tools."

35.     On July 23, 2024, STINSON posted a photo of an ear with the text: "Sometimes the answer is so obvious that everyone just glances right over it" and the following caption:

"People are clammering to know what drove the shooter.  Is it possible that they say pure evil in the orange candidate and decided it is required his action as a person who believes that evil should be sent packing?"

36.     On September 2, 2024, STINSON posted a photo of text reading: "Next time, don't jerk the trigger."

37.     On December 11, 2024, STINSON posted: "2 things I learned this year: The AK is great for killing people, but if your target is a specific target at distance, it's not the best tool. Don't write shit down. Learn to plan in your head, not on paper.  & be sure to destroy all evidence before."

38.     On January 28, 2025, STINSON posted: "Somebody needs to do it.  Somebody with the skills to do it right.  Somebody with the experience.  Somebody with the right tools. Somebody needs to get it done."  Following posts on the same account read: (1) "2 inches.  A lesson that practice and the right tool for the job are vital for success;" (2) "Would someone please take out the [orange emoticon][radiation emoticon][poop emoticon];" (3) "If I replied with what I wanted to say, the cops would soon be at my door." Another user replied to the third post: "A lot of us would be in prison without a trial."  STINSON replied: "Or dead. If I had the skills…  But I don't."

39.     On January 29, 2025, STINSON posted: "Poison maybe. But you got to get real close."

40.     On January 31, 2025, STINSON posted: "Poison.  That might be the only solution at this point.  Take out 1 and 2.  Got to get close to disperse.  Need a plan.  Anyone done this sort of work before?"

41.        On January 31, 2025, STINSON responded to a post that read: "Curious what everyone thinks is the best way to have a positive or any impact on the country, during the first 30 days of the new administration." STINSON replied: "If I told you, the jack-booted thugs would be knocking down the door.  We all know what needs to be done."

42.        On February 1, 2025, STINSON posted: "Plenty of people have said calling the [orange emoticon][radiation emoticon][poop emoticon]'s movement fascism is overkill.  It's not. Even the concentration camps are coming.  I'll tell you what needs to be killed…"

43.        On February 1, 2025, in response to another user comment reading: "bluesky is an AMAZING place to announce an intention to do assassinations, keep it up," STINSON replied: "All in."

44.        On February 4, 2025, in response to a post by another user that read: "we should murder the guy responsible for those sinks you have to keep pushing the button or else they turn off.  i hate that guy," STINSON replied: "If we're planning murders, I'd like to suggest an orange one."

45.        On February 5, 2025, in response to a post that read, "New- Some 'critical' IRS employees learned today they're exempt from the deferred retirement program until May 15th, presumably because the administration remembered it's tax season," STINSON replied: "The fascists don't know what they're doing. They are just breaking shit and seeing what happens. We all know what needs to be done.  I don't have the skills."  Another user responded: "My thoughts on what's happening now and what to do about it would get me arrested.  So I won't share, but I know all the smart ones are thinking the same." STINSON replied, "We all know what needs to be done.  Dire straits demand dire action. I still got no skills."

46.    On February 6, 2025, STINSON posted: "If I had the skills" followed by: "For the record, I don't have the necessary skill set."  In response to a post that read, "I think I speak for a lot of others when I say I am at zero percent a risk of harm to others but also there's a lot of folks you shouldn't leave me in a room with alone," STINSON replied, "Oh, wait, I get to be left in a room alone?  maybe I do have the necessary skills."  STINSON subsequently posted:

> "Right now people are planning. Individuals and groups of people. Some plans will come to execution. Some will die early in the planning stages. With luck, one team will succeed against the odds and carry their plan through execution to a successful outcome. May any team succeed. Please."

47.    On February 7, 2025, STINSON posted:

> "The planning continues. Options discarded. More options created.  Looking for an opportunity.  A hole in the wall.  Only need one.  Pick the time.  Pick the place.  Planning offense not defense.  Turning over variations to face and the best plan, the one with the greatest chance of success.  Get it done!"

48.    On February 7, 2025, in response to a post by another user with an AI generated photo of President Trump and Elon Musk with the caption, "These two have just knocked on your door.  What are you going to do?" STINSON replied, "Stand my ground. And do the world a favor."

49.    On February 8, 2025, STINSON posted: "Planning Consideration  How much collateral damage is appropriate?  If, say, two of the top three targets can be completed, what sort of collateral damage is ok."  STINSON subsequently posted, "I'd say other fascists and [orange emoticon] sycophants are fair game for sure".

50.    On February 11, 2025, STINSON posted:

> "Remember. [Orange emoticon][Nuclear emoticon][Poop emoticon] is trying to beat Hitler's run to demolish democracy.  He will defy the courts.  We will take to the streets.  He will declare martial law and use the Insurrection Act to quell any visible dissent.  He'll better Hitler's run."

13

Another user replied: "And? If he succeeds anyway?  And if we win? We know how this goes. We know how it turns out. What we do matters more than what we don't."  To this comment, STINSON replied: "I don't have the necessary skills to bring this to a conclusion."

51.    On February 11, 2025, in response to a post reading, "OMB's Russell Vought wants to slash funding for NIH, which helped develop a miracle drug for cystic fibrosis his daughter received," STINSON replied: "Assholes.  And fascists. E[ach] and every one.  May they all die a horrible death." Another account replied, " . . . At the hand of the lord of course". STINSON replied: "I don't care how.  If it takes human intervention doing the divine will, so be it.  I don't have the skills, otherwise I'd give it a go." A following post by STINSON read:

> "You know you need to find me.  Maybe I'm lying.  Maybe I do have the skills. Maybe I've got it all figured out how to pop the orange ball. Or maybe I don't.  It doesn't matter.  People will try.  We pray for success."

52.    On February 15, 2025, STINSON posted: "Today, someone will have the means and opportunity.  Do they have the motive? And the will?"  He subsequently posted, "He who kills the President to save the country has broken no laws".

53.    On February 18, 2025, STINSON posted: "Take the shot.  We'll deal with the fallout." He subsequently posted, "Politically, the only solution is impeachment.  Realistically, the only solution is violence."

54.    On February 19, 2025, STINSON posted: "Oh, if I had the skills…".

55.    On February 20, 2025, STINSON posted: "I would twist the knife after sliding it into his fatty flesh."

56.    On February 21, 2025, STINSON posted: "Can we crowd source a contract hit?"

57.        On February 22, 2025, STINSON posted: "Skull.  Means.  Opportunity.  Will. I'll take all four today, please." STINSON replied to his own post: "The Ides of March can't get here fast enough."

58.        On February 23, 2025, STINSON: "Had I the skills…".

59.        On February 26, 2025, STINSON posted: "One well placed shot would open up a whole new reality."  He subsequently posted, "Can oranges explode?"  Another user replied, "Yes."  STINSON replied, "Thoughts and prayers." He subsequently posted: "We could crowdfund the solution. People with skills could do the job".

60.        On February 28, 2025, in response to a post by another user reading, "A text from a White House advisor to me 'What did y'all think America first meant?  Vibes? Papers? Essays?'"  STINSON replied: "Evil wankers that will burn in hell.  May they get there quickly. I'd help them along."  He subsequently posted: "Target practice tonight. I set some [orange emoticon] on the railing.  Let's shoot some oranges! Plink. Plunk. Boom. Bop."

61.        On March 4, 2025, STINSON posted on BLUESKY ACCOUNT 1: "Can we start a go fund me for a hitman?"

62.        On March 9, 2025, STINSON posted: "He needs to be luigied".  Your affiant believes this reference to be to Luigi Mangione, the person charged with assassinating the CEO of United Healthcare in New York City on December 4, 2024.  Based on my training and experience, I know "luigi" has recently increasingly been used on social media platforms to imply the assassination of a CEO or other person in power as a means of social justice.

63.     On May 16, 2025, STINSON posted an image containing the numbers "8647". This is likely in reference to an Instagram post made by former FBI Director James Comey of a photo of seashells spelling out "8647."  The post by Comey was interpreted in the news media as a violent threat to President Trump and prompted an investigation by the Department of Homeland Security and the United States Secret Service.  STINSON has since made 13 additional posts on Bluesky including the text, "8647".

### E.  STINSON Uses Instagram and Reddit to Encourage Violence Against President Trump.

64.     On February 20, 2025, on a thread started by another user titled, "Trump blames Biden for record high egg prices," STINSON posted the following message on his Reddit account @Peter_1790 ("REDDIT ACCOUNT 1"): "He'd look and sound better with a big red hole in his orange head."  The comment was removed by Reddit for violating policies involving violence.

65.     Your affiant believes REDDIT ACCOUNT 1 is operated by STINSON because 1790, which is in the name of the account username, is the birthdate of the U.S. Coast Guard, and multiple posts made on REDDIT ACCOUNT 1 reference the Coast Guard and provide advice on enlisting. Additionally, multiple posts include the email address ic.mayday.camp.2025@gmail.com, which has been attributed through Google returns to STINSON using his known social security number, recovery email address as EMAIL ACCOUNT 1, and recovery SMS PHONE NUMBER 1.  Posts made by REDDIT ACCOUNT 1 also reference living in Virginia and the DC region, where STINSON lives, and encourage people to join Camp Mayday, which STINSON has organized. Finally, the style, slang and

content of his posts on REDDIT ACCOUNT 1 match that of his posts on BLUESKY

ACCOUNT 1 and the X ACCOUNTS.[5]

66.    In March 2025[6], STINSON posted the following message on his Reddit account,

REDDIT ACCOUNT 1: "I'm working with a group that has one demand: Impeachment and

conviction of the President.  Our plan: establish a protest camp in the shadow of the capitol

standup is May 1.  It's a Mayday Protest Camp. 'We're here until he leaves. Thoughts?'"

Another user replied, "That would leave J.D. Vance, which in my opinion would only move the

figurehead and not start to end the core issues. Vance is just as involved with the DE people and

has the same goals."  STINSON replied, "Concur.  I actually think while Krasnov is unhinged,

Vance is evil.  However, I haven't seen Vance do anything yet impeachable.  And I'm refraining

from calls for violence here in public. [winking emoticon]."

67.    In March 2025[7], STINSON on REDDIT ACCOUNT 1, in a thread started by

another user titled, "Barred from running for a third term, Trump keeps talking about it,"

STINSON posted the message, "We saw the movie.  We know how it ends.  In his third term.  A

couple of rounds to the chest cowering on the floor in the Oval Office."

68.    On June 9, 2025, using his Instagram account @peter_mayday ("INSTAGRAM

ACCOUNT 1"), STINSON posted a video of himself making a speech with the caption "8647."

A user in the comment replied, "Also @fbidirectorkash this guy is calling for the president's

assassination in his post description.  I'd like to see him charged and thrown in prison.  Another

---

[5] On May 6, 2025, a grand jury subpoena was served to Reddit for subscriber information regarding
REDDIT ACCOUNT 1. No records have been produced at this time.
[6] The exact date of the posting is unknown as the post has been marked "deleted" by the user but is still
publicly viewable.
[7] The exact date of the posting is unknown as the post has been marked "deleted" by the user but is still
publicly viewable.

user commented, "@fbiddbongino @fbidirectorkash."  Your affiant believes INSTAGRAM

ACCOUNT 1 is operated by STINSON because the account's profile information contains a link

to the Mayday Movement, which STINSON has organized, has a profile picture of STINSON,

and contains over 100 posts of STINSON taking a selfie video of himself, in which he introduces

himself as Peter S. Among these videos are depictions of STINSON at Columbus Circle, where

he has been recently protesting, and at Vienna metro station, which is the closest station to his

home. Additionally, the style, slang and content of his posts on INSTAGRAM ACCOUNT 1

match that of his posts on BLUESKY ACCOUNT 1 and the X ACCOUNTS.[8]

69.     On June 11, 2025, STINSON posted using BLUESKY ACCOUNT 1 at 7:15

A.M., "8647".  At 7:16 A.M., STINSON posted "When he dies, the party is going to be yuge."

---

[8] On June 12, 2025, a grand jury subpoena was served to Meta for subscriber information regarding
INSTAGRAM ACCOUNT 1. No records have been produced at this time.

## CONCLUSION

70.    Based on the foregoing, I submit that there is probable cause to believe that between on or about April 4, 2020, to at least on or about June 11, 2025, within the Eastern District of Virginia, violations of 18 U.S.C. § 871 (Threats against the President) have been and are being committed by STINSON.

Respectfully submitted,

*MBlake*

Michael Blake
Task Force Officer
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 13, 2025.

Lindsey R Vaala

Digitally signed by Lindsey R Vaala
Date: 2025.06.13 15:19:50 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia