IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER ANDREW STINSON,<br><br>Defendant. | Criminal No. 1:25-CR-209<br><br>**In Violation of:**<br>18 U.S.C. § 871 |

**INDICTMENT**

July 2025 Term – at Alexandria

**COUNT ONE**
**(Threat Against the President of the United States)**

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 18, 2025, within the Eastern District of Virginia, and elsewhere, the defendant, PETER ANDREW STINSON, did knowingly and willfully make a threat to inflict bodily harm upon and to take the life of the President of the United States, Donald J. Trump, by posting, on the social media platform Bluesky and after a series of posts expressing his desire to inflict bodily harm upon and to take the life of the President: "Take the shot. We'll deal with the fallout . . . Politically, the only solution is impeachment. Realistically, the only solution is violence."

(In violation of Title 18, United States Code, Section 871.)

## COUNT TWO
### (Threat Against the President of the United States)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 20, 2025, within the Eastern District of Virginia, the defendant, PETER ANDREW STINSON, did knowingly and willfully make a threat to inflict bodily harm upon and to take the life of the President of the United States, Donald J. Trump, by posting, on the social media platform Bluesky and after a series of posts expressing his desire to inflict bodily harm upon and to take the life of the President: "I would twist the knife after sliding it into his fatty flesh.".

(In violation of Title 18, United States Code, Section 871.)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By: _____
Sehar F. Sabir
Assistant United States Attorney

2