IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:25-cr-00209-AJT-1 |
| | ) |
| PETER ANDREW STINSON, | ) |
| *Defendant*. | ) |

**ORDER**

Before the Court are Defendant's (1) Motion to Dismiss Superseding Indictment for Unconstitutional Selective Prosecution, [Doc. No. 62]; (2) Motion to Dismiss Superseding Indictment Charging Solicitation of a Crime of Violence in Violation of 18 U.S.C. 373, [Doc. No. 61]; (3) Motion to Suppress Evidence Seized from His Residence, [Doc. No. 67]; and (4) Motion to Preclude Use of Term and Testimony Regarding "ANTIFA", [Doc. No. 78]; and the United States' (6) Motion to Admit Government Evidence, [Doc. No. 59] and (7) Motion to Preclude Improper Defense Arguments, [Doc. No. 60]; and (8) the parties' Joint Motion for Juror Questionnaire, [Doc. No. 75]. Upon consideration of the motions, the memoranda in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated from the bench during the October 17, 2025 hearing, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Superseding Indictment for Unconstitutional Selective Prosecution, [Doc. No. 62], and Motion to Dismiss Superseding Indictment Charging Solicitation of a Crime of Violence in Violation of 18 U.S.C. 373, [Doc. No. 61], are **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Preclude Use of Term and Testimony Regarding "ANTIFA," [Doc. No. 78], is **GRANTED**; and it is further

**ORDERED** that the United States' Motion to Admit Government Evidence, [Doc. No. 59], is **DENIED** to the extent it seeks to mention such evidence in opening statements and **GRANTED** subject to the Court's ruling on specific statements once they are offered at trial; and it is further

      **ORDERED** that with respect to the United States' Motion to Preclude Improper Defenses, [Doc. No. 60] (the "Motion"), the Motion is **GRANTED as conceded** to the extent it seeks to exclude matters of punishment, **DENIED** to the extent that it seeks to preclude Defendant from arguing that he did not solicit a specific individual to prove his lack of intent, **GRANTED** to the extent it seeks to preclude Defendant from arguing that soliciting a specific individual is an element of 18 U.S. Code § 373, and the parties are directed to submit to the Court proposed jury instructions on the application of the First Amendment defense by October 26, 2025. The Court reserves judgment on the admissibility of Special Agent Hernandez's threat assessment and Defendant's character traits, personal background, and lack of criminal history; and it is further

      **ORDERED** that the Defendant's Motion to Suppress Evidence Seized from His Residence, [Doc. No. 67], is taken under advisement. The United States is to disclose by October 22, 2025, what evidence that was obtained as a result of its search of Defendant's residence, if any, that it intends to offer at trial; and it is further

      **ORDERED** that the Joint Motion for a Juror Questionnaire, [Doc. No. 75], is **GRANTED** subject to the parties conferring with the Clerk's Office.

      The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
October 17, 2025

/s/
Anthony J. Trenga
Senior United States District Judge