AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

PETER ANDREW STINSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:25-CR-209

In accordance with the Not Guilty verdict rendered by a jury on October 28, 2025 as to Count 1 of the Indictment, and it is hereby

ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 1 of the Indictment.

/s/
Anthony J. Trenga
Senior United States District Judge

Signature of Judge

Anthony J. Trenga — U.S. District Judge
Name of Judge — Title of Judge

10/29/2025
Date